IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON VICKNER, *et al.*,

      Plaintiffs,   No. CIV 2:11-cv-2361-MCE-JFM

  vs.

AT&T MOBILITY LLC, *et al.*,

      Defendants.   <u>ORDER</u>

_____/

      The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: September 19, 2011.

                                                UNITED STATES MAGISTRATE JUDGE

014;vick2361.recuse.jfm